UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JORDAN OLIVER, *et al.*,

    Plaintiffs,

v.

CORRIGAN MOVING SYSTEMS–GRAND RAPIDS, INC., *et al.*,

    Defendants.

_____/

Case No. 1:18-cv-421

HON. JANET T. NEFF

## JUDGMENT

In accordance with the Opinion and Order entered this date:

**IT IS HEREBY ORDERED** that Judgment is entered in favor of Defendants and against Plaintiffs.

Dated: April 15, 2020

/s/ Janet T. Neff
_____
JANET T. NEFF
United States District Judge